UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL LOPRESTI,**

      **Plaintiff,**

v.                                                         Case No. 5:25-cv-282-CEM-PRL

**NOUVEAU ESSENTIALS**
**MARKETING LLC,**

      **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on Defendant's Motion to Compel Arbitration or, Alternatively, to Dismiss ("Motion," Doc. 17). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 26), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The R&R (Doc. 26) is **ADOPTED** and made a part of this Order.
2. The Motion (Doc. 17) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2025.



Copies furnished to:

Counsel of Record