**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

MICHAEL LOPRESTI, individually and
 on behalf of all others similarly situated,

Case No.: 5:25-cv-00282-CEM-PRL

*Plaintiff*,

CLASS ACTION

v.

NOUVEAU ESSENTIALS
MARKETING LLC,

*Defendant*.

_____/

**PLAINTIFF'S NOTICE OF**
**SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS OBJECTION**
**TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, pursuant to the Middle District of Florida Local Rule 3.01(j), hereby

gives notice of the following supplemental authorities in support of his Objection to

the Magistrate Judge's Report and Recommendation, ECF No. 63:

1. *Cole v. C/T Install Am., LLC*, No. 25-cv-3531, 2026 U.S. Dist. LEXIS 63254, n.1
   at *4 (E.D. Pa. March 23, 2026) ("The structure of the entire TCPA leads to the
   conclusion that § 227(c) does include text messages. In examining the purpose
   of the TCPA, I again find that it leads to the conclusion that 'call' as used in §
   227(c) includes text messages.");

2. *Rabbitt v. Rohrman Midwest Motors, Inc.*, 2026 U.S. Dist. LEXIS 66266 at *4 and
   *8 (N.D. Ill. March 27, 2026) ("Using the ordinary principles of statutory
   interpretation, the court finds that § 227(c)(5) applies to text messages sent to

1

cellular phones.") ("Based on the court's independent examination of the TCPA, it agrees with the FCC that § 227(c)(5) applies to text messages.");

3. *Rubin v. Staples, Inc.*, 2026 U.S. Dist. LEXIS 70359 at *17 (D.N.J. March 31, 2026) ("[T]he Court concludes that 'telephone call' can encompass text messages for purposes of § 227(c)(5) and *47 C.F.R. § 64.1200(d)*.").

Dated: April 2, 2026

Respectfully submitted,

*/s/ Garrett Berg*
Garrett Berg, Esq.
Florida Bar No. 1000427
Garrett Berg Law, P.A.
555 NE 15th St., PH A
Miami, FL 33132
garrett@gberglegal.com

*/s/ Christopher Gold*
Christopher Gold, Esq.
Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on April 2, 2026.

*/s/ Garrett Berg*
Garrett Berg, Esq.

2