**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

MICHAEL LOPRESTI, individually and
on behalf of all others similarly situated,

    *Plaintiff*,

v.

NOUVEAU ESSENTIALS
MARKETING LLC,

    *Defendant*.

_____/

Case No.: 5:25-cv-00282-CEM-PRL

CLASS ACTION

**PLAINTIFF'S NOTICE OF**
**SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS OBJECTION**
**TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, pursuant to the Middle District of Florida Local Rule 3.01(j), hereby gives notice of the following supplemental authorities in support of his Objection to the Magistrate Judge's Report and Recommendation, ECF No. 63:

1. *Wilson v. Easy Spirit, LLC*, 2026 U.S. Dist. LEXIS 69059 at *14 (D. Conn. March 31, 2026) ("[F]ind[ing] that a text message is a 'telephone call' for the purpose of the private right of action under § 227(c)(5).");

2. *Newell v. Child's Dental Health Assocs., LLC*, 2026 U.S. Dist. LEXIS 74360, at *2 (E.D. Pa. April 6, 2026) ("[Defendant's motion] challenges . . . whether [plaintiff] can state a claim about text messages when the statute says 'calls'. These are familiar issues to courts. Because we find that unsolicited texts are governed by the TCPA, Mr. Newell's claim survives for now.")

1

Dated: April 7, 2026

Respectfully submitted,

*/s/ Garrett Berg*
Garrett Berg, Esq.
Florida Bar No. 1000427
Garrett Berg Law, P.A.
555 NE 15th St., PH A
Miami, FL 33132
garrett@gberglegal.com

*/s/ Christopher Gold*
Christopher Gold, Esq.
Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on April 7, 2026.

*/s/ Garrett Berg*
Garrett Berg, Esq.